# CASES

## ARGUED AND DETERMINED

IN

# THE SUPREME COURT

OF

## THE STATE OF MISSOURI,

MARCH TERM, 1868, AT ST. LOUIS.

———◆—◆◆———

STATE OF MISSOURI, Respondent, *v.* THOMAS W. HUNTER, Appellant.

1. *Practice, Criminal—Appeals—Neglect to file statements, etc., how treated.*— In appeals from the Criminal Court, where no statement or briefs are filed, the case will be dismissed. In these cases the Supreme Court is governed by the practice in civil cases, and not by the act concerning criminal practice.

*Appeal from St. Louis Criminal Court.*

*C. P. Johnson*, Circuit Attorney, and *Huffman & Brown*, for respondent.

*Marshall & Withers*, for appellant.

HOLMES, Judge, delivered the opinion of the court.

This is an appeal from the St. Louis Criminal Court, in a suit commenced before a justice of the peace for an assault and battery. There are no statements or briefs, as required by statute. In these cases we are governed here by the practice in civil cases, and not by the act concerning criminal practice. (State v. Warne, 27 Mo. 418; 18 Mo. 318; 38 Mo. 295; 39 Mo. 419; 40 Mo. 603.)

The appeal will therefore be dismissed. The other judges concur.